FILED
FEB 23 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 22-30022-SPM |
| KAYLON T. LIST, | ) Title 18 |
| | ) United States Code, |
| Defendant. | ) Section 922(g) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Felon in Possession of a Firearm**

On or about June 23, 2021, in St. Clair County, within the Southern District of Illinois,

**KAYLON T. LIST,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one-year, on September 29, 2011, Possession of a Controlled Substance, in St. Charles County Circuit Court in case number 0511-cr-03082, did knowingly possess a firearm, to wit: Marlin .22 rifle bearing serial number 20346384; a Finn classic 12-gauge shotgun bearing serial number T33725; a Marlin .22 rifle with an unknown serial number; and a Charter Arms AR-7 .22 rifle bearing serial number A282577, and the firearms were in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE OF FIREARMS ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**KAYLON T. LIST,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used

in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: Marlin .22 rifle bearing serial number 20346384; a Finn classic 12-gauge shotgun bearing serial number T33725; a Marlin .22 rifle with an unknown serial number; and a Charter Arms AR-7 .22 rifle bearing serial number A282577, and any and all ammunition contained therein.

A TRUE BILL

FOREPERSON

ALEXANDRIA BURNS
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2022.02.22 12:33:47 -06'00'

STEVEN D. WEINHOEFT
United States Attorney